**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x

In re: UBB PROJECT LLC                                  Case No. 1-16-40590-ess

                                                  Chapter 11

Debtor(s)
------------------------------------------------------------------------x

## AFFIDAVIT PURSUANT TO LOCAL RULE 1074-1(a)

    I, <u>Tanner Bryce Jones</u>, attorney for undersigned debtor herein, swear and affirm on this 17th day of February, 2016, that the following is true to the best of my information and belief:

1. I am managing member of UBB PROJECT LLC.
2. I had full authority to authorize the filing of the Petition on 2/12/2016.
3. Mr. Feliks Pitsel's 2/16/2016 claims of 80% ownership and management authority in the company are estopped by his prior sworn pleadings to the contrary upon which I relied in good faith when purchasing my ownership stake on 2/11/2016 and submitting the skeletal Chapter 11 filing on 2/12/2016.

The above statements are true to the best of my information and belief.


<u>/s Tanner Bryce Jones</u>

Tanner Bryce Jones

Attorney for UBB PROJECT LLC